**Motion Granted and Abatement Order filed November 17, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00618-CV
_____

**FLUID POWER EQUIPMENT, INC., PEERLESS ENTERPRISES & ROBERT NOBLE SHELL, Appellants**

**V.**

**DEBORAH P. WILSON, AS INDEPENDENT EXECUTRIX FOR THE ESTATE OF JOHN WILLIAM WILSON, Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2015-67171**

---

## ABATEMENT ORDER

Appellants filed a motion to abate this appeal pending final resolution in the Texas Supreme Court of a related mandamus proceeding currently pending in this court. No. 14-20-00577-CV, *In re Fluid Power Equip., Inc.* The motion has been on file for more than ten days, and no response has been filed. The motion is granted.

Within **90 days** of this order, appellant shall file a motion to reinstate the

appeal, dismiss the appeal, or continue the abatement. If the motion is to continue the abatement, the motion shall state the basis for continuation.

The appeal is abated for 90 days, treated as a closed case, and removed from this court's active docket. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.